UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANDREW JAMES,

                Petitioner,

  -against-

JOSEPH T. SMITH, Superintendent,
New York State Department of
Corrections,

                Respondent.
----------------------------------------------------------------X

JUDGMENT
06-CV- 6441 (JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 27 2008 ★
P.M.

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on March 20, 2008, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       March 26, 2008

                                                                   S/RCH

                                                                 ROBERT C. HEINEMANN
                                                                 Clerk of Court